IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

WAILA SARCEDO ,

Plaintiff,

vs.

NICOLE CUMMINGS, et al. ,

Defendants.

CV 21-00237 LEK-KJM

ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed on May 10, 2022 and served on all parties on May 11, 2022, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.1, the "Findings and Recommendation to Deny Plaintiff's Motion for Default Judgment", ECF No. 71 are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED AT HONOLULU, HAWAII, May 26, 2022.




/s/ Leslie E. Kobayashi
Leslie E. Kobayashi
United States District Judge