IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| WAILA SARCEDO, | ) | CV 21-00237 LEK-KJM |
| Plaintiff, | ) | |
| vs. | ) | |
| NICOLE CUMMINGS, ET AL., | ) | |
| Defendants. | ) | |

ORDER ADOPTING MAGISTRATE JUDGE'S
FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on July 05, 2022, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.1, the "Findings and Recommendation to Dismiss Without Prejudice Plaintiff Waila Sarcedo's Claims Against Defendants for Failure to Prosecute", ECF No. 78 are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED AT HONOLULU, HAWAII, July 21, 2022.



/s/ Leslie E. Kobayashi
Leslie E. Kobayashi
United States District Judge